**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHIEFTAIN ROYALTY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:17-cv-00334-SPS |
| ) | |
| MARATHON OIL COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF NON-INTENT TO SEEK REMAND TO STATE COURT**

In compliance with the Court's October 2, 2017 *Order Granting Plaintiff's Unopposed Motion to Stay for Jurisdictional Discovery* (Doc. No. 18), Plaintiff Chieftain Royalty Company hereby provides the Court with notice that it does not intend to seek remand of this matter to State court.

Dated:  December 7, 2017.            *s/Patrick M. Ryan*
                                     Patrick M. Ryan, OBA No. 7864
                                     Phillip G. Whaley, OBA No. 13371
                                     Jason A. Ryan, OBA No. 18824
                                     Paula M. Jantzen, OBA No. 20464
                                     RYAN WHALEY COLDIRON
                                     JANTZEN PETERS & WEBBER PLLC
                                     900 Robinson Renaissance
                                     119 North Robinson
                                     Oklahoma City, OK  73102
                                     Telephone:  (405) 239-6040
                                     Facsimile:  (405) 239-6766
                                     pryan@ryanwhaley.com
                                     pwhaley@ryanwhaley.com
                                     jryan@ryanwhaley.com
                                     pjantzen@ryanwhaley.com

        Michael Burrage, OBA No. 1350
        WHITTEN BURRAGE
        512 N. Broadway, Suite 300
        Oklahoma City, OK 73103
        Telephone: (405) 516-7800
        Facsimile: (405) 516-7859
        mburrage@whittenburragelaw.com

        Robert N. Barnes, OBA No. 537
        Patranell Lewis, OBA No. 12279
        **BARNES & LEWIS, LLP**
        208 N.W. 60th Street
        Oklahoma City, OK  73118
        Telephone:  (405) 843-0363
        Facsimile:  (405) 843-0790
        rbarnes@barneslewis.com
        plewis@barneslewis.com

        Lawrence R. Murphy, Jr., OBA No. 17681
        **RICHARDS & CONNOR**
        ParkCentre Building Twelfth Floor
        525 South Main Street
        Tulsa, OK 74103-4509
        Telephone: (918) 585-2394
        lmurphy@richardsconner.com

        *Attorneys for Plaintiff,*
        *Chieftain Royalty Company*

## CERTIFICATE OF SERVICE

     I hereby certify that on December 7, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Jay P. Walters – jwalters@gablelaw.com
    Guy S. Lipe – glipe@velaw.com

        *s/Patrick M. Ryan*
        Patrick M. Ryan