IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHIEFTAIN ROYALTY COMPANY, KELSIE WAGNER TRUSTEE OF THE KELSIE WAGNER TRUST, AND KELSIE WAGNER SUCCESSOR TRUSTEE OF THE WADE COSTELLO TRUST,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MARATHON OIL COMPANY,<br><br>　　　　Defendant. | Case No. 6:17-cv-00334-SPS<br><br>*(Removed from District Court of LeFlore County, State of Oklahoma, Case No. CJ-17-146)* |

**CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL**

Class Representatives, Chieftain Royalty Company, Kelsie Wagner as Trustee of the Kelsie Wagner Trust, and Kelsie Wagner as Successor Trustee of the Wade Costello Trust, on behalf of themselves and on behalf of the Settlement Class preliminarily certified by the Court's Order dated December 17, 2018 (Dkt. No. 74), respectfully file this Motion for Final Approval, and hereby move the Court for final approval of the:

　　1.　　Proposed class action Settlement;[1]

　　2.　　Form and manner of the Notice sent to the Class; and

　　3.　　Proposed Initial Plan of Allocation.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning given to them in the December 11, 2018 Stipulation and Agreement of Settlement, a copy of which is attached as Exhibit 1 to Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Certify the Settlement Class for Settlement Purposes, Preliminarily Approve Class Action Settlement, Approve Form and Manner of Notice and Set Date for Final Approval Hearing.  Doc. No. 70-1.

Class Representatives base this Motion on the Stipulation and Agreement of Settlement, the applicable law, and all pleadings and records on file in this matter, which are respectfully incorporated by reference as if set forth fully herein. Class Representatives also base this Motion on their Memorandum of Law in Support of the Motion, which is filed contemporaneously herewith.

Class Representatives' Proposed Judgment Granting Final Approval of: (1) Class Action Settlement; (2) Form and Manner of Notice; and (3) Initial Plan of Allocation ("Final Approval Order") is attached as Exhibit 1. Class Representatives' Proposed Initial Plan of Allocation Order is attached hereto as Exhibit 2.

Class Representatives respectfully request the Court grant the relief listed above by entering the proposed Final Approval Order and the proposed Initial Plan of Allocation Order, and grant any further relief to which the Court finds Class Representatives and the Settlement Class are entitled to receive.

**DATED:     February 8, 2019**

Respectfully submitted,

*s/Patrick M. Ryan*
Patrick M. Ryan, OBA No. 7864
Phillip G. Whaley, OBA No. 13371
Jason A. Ryan, OBA No. 18824
Paula M. Jantzen, OBA No. 20464
**RYAN WHALEY COLDIRON**
**JANTZEN PETERS & WEBBER PLLC**
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK  73102
Telephone:  405-239-6040
Facsimile:  405-239-6766
pryan@ryanwhaley.com
pwhaley@ryanwhaley.com
jryan@ryanwhaley.com
pjantzen@ryanwhaley.com

Robert N. Barnes, OBA No. 537
Patranell Lewis, OBA No. 12279
Emily Nash Kitch, OBA No. 22244
**BARNES & LEWIS, LLP**
208 N.W. 60th Street
Oklahoma City, OK  73118
Telephone:  (405) 843-0363
Facsimile:  (405) 843-0790
rbarnes@barneslewis.com
plewis@barneslewis.com
ekitch@barneslewis.com

Michael Burrage, OBA No. 1350
**WHITTEN BURRAGE**
512 N Broadway, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
mburrage@whittenburragelaw.com

Lawrence R. Murphy, Jr., OBA No. 17681
**LAWRENCE R. MURPHY, JR., P.C.**
624 South Boston, Floor 8
Tulsa, Oklahoma 74119
Telephone: (918) 592-3699
larrymurphypc@icloud.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Guy S. Lipe – glipe@velaw.com
Jay P. Walters – jwalters@gablelaw.com

*s/Patrick M. Ryan*
Patrick M. Ryan

3